# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RUSSELL REED**  **PLAINTIFF**
**#90765**

v.  NO. 4:25-cv-00557-JM-PSH

**TURN-KEY HEALTH CLINICS LLC,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is a letter filed by Plaintiff Russell Reed requesting information on his claims against Turn Key Health Clinics, LLC ("Turn Key") and the return of a piece of broken tooth he sent the Court in a plastic bag (Doc. No. 21).

Reed's request for information is GRANTED. Turn Key has moved to dismiss Reed's claims (Doc. No. 12), and Reed has filed a response (Doc. No. 16). The motion remains pending, and the Court will rule on it in due course. The Clerk of Court is directed to send Reed a copy of the docket sheet for this case.

The Court cannot return Reed's broken tooth because it was not retained in accordance with the Court's policy regarding non-documentary evidence. The instructions accompanying the Court's § 1983 complaint form provide:

> You must have prior approval from the Court before submitting any non-documentary exhibits in support of your claims. Non-documentary exhibits must remain in the custody of the party until the trial or hearing unless otherwise directed by the Court. Any item received through the mail that is not a paper document, or that is

potentially hazardous, will not be considered as evidence by the Court. Instead, the item will be immediately disposed of.

*See* Instructions for Prisoners Filing a Complaint under the Civil Rights Act, 42 U.S.C. § 1983 (available https://www.are.uscourts.gov/prisoner-forms).

IT IS SO ORDERED this 9th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE