## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RUSSELL REED**                                                                      **PLAINTIFF**
*#90765*

**v.**                                         **NO. 4:25-cv-00557-JM-PSH**

**TURNKEY HEALTH CLINICS, LLC,** *et al.*                                **DEFENDANTS**

### ORDER

Plaintiff Russell Reed has filed objections (Doc. No. 28) to the Proposed Findings and Recommendation entered by United States Magistrate Judge Patricia S. Harris (the "Recommendation") (Doc. No. 27).  In his objections, Reed requests additional time to file an amended complaint.  That request is GRANTED.  Reed has until July 15, 2026, to file an Amended Complaint.  If Reed does not file an Amended Complaint, the Court will consider only the factual allegations present in Reed's Complaint (Doc. No. 2) and Addenda (Doc. Nos. 8 & 10) when the Court considers the pending Recommendation.  If Reed timely files an Amended Complaint, the Defendants shall have 21 days to file a new motion to dismiss or otherwise respond to the Amended Complaint.[1]

The Clerk of Court is directed to send a blank § 1983 complaint form to Reed, a copy of the docket sheet for this case, and copies of Doc. Nos. 2, 8 & 10. Reed is cautioned that an Amended Complaint renders his existing complaints without legal effect; only claims properly set out in the Amended Complaint may proceed.

---

[1] If Reed timely files an Amended Complaint, the undersigned will reject the Recommendation and deny the pending motion to dismiss as moot.  *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

DATED this 16th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE