**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUSSELL REED**                                                                              **PLAINTIFF**
**#90765**

**v.**                                      **NO. 4:25-cv-00557-JM-PSH**

**TURNKEY HEALTH CLINICS, LLC,** *et al.*                              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 27) and the objections filed (Doc. No. 28). On June 16, 2026 the Court granted Reed's request to file an amended complaint.  Reed has now done so (Doc. No. 33).  Accordingly, the Court declines to adopt the proposed findings and recommendation and refers this matter back to Judge Harris for consideration.

DATED this 10th day of July 2026.

_____
UNITED STATES DISTRICT JUDGE