**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUSSELL REED** **PLAINTIFF**
**#90765**

**v.** **NO. 4:25-cv-00557-JM-PSH**

**TURNKEY HEALTH CLINICS, LLC, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 58) and the objections filed (Doc. No. 59). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

The Defendants' motion to dismiss (Doc. No. 40) is GRANTED. Reed's constitutional claims are dismissed without prejudice for failure to state a claim upon which relief may be granted, and the Court declines to exercise supplemental jurisdiction with respect to any State law claims. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 17th day of November, 2026.

UNITED STATES DISTRICT JUDGE