**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUSSELL REED** **PLAINTIFF**
**#90765**

**v.** **NO. 4:25-cv-00557-JM**

**TURNKEY HEALTH CLINICS, LLC, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order dismissing this action, judgment is entered dismissing this case without prejudice.

DATED this 17th day of November, 2026.

UNITED STATES DISTRICT JUDGE